# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2016

Robert P. Young, Jr.,
Chief Justice

151421

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

TOD MCLAIN, Personal Representative of the
ESTATE OF TRACY MCLAIN,
      Plaintiff-Appellant,

v

SC: 151421
COA: 318927
Ingham CC: 11-000859-NH

LANSING FIRE DEPARTMENT, CITY OF
LANSING, and JEFFREY WILLIAMS,
      Defendants-Appellees,
and

MICHAEL DEMPS,
      Defendant.

_____/

On October 6, 2016, the Court heard oral argument on the application for leave to appeal the March 3, 2015 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2016 _____



t1006

Clerk